EXHIBIT A

# State of Tennessee, County of Shelby

CIVIL WARRANT NO. __1632041__

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

LIBERTY MUTUAL GROUP, INC. by serving their agent for service of process:
Defendant             Defendant                 Defendant
CORPORATION SERVICE COMPANY, 2908 POSTON AVENUE, NASHVILLE, TN 37203
Address               Address                   Address

on DAY __Friday__ DATE __8/16__ 20__13__ TIME __10:00 a.m.__ A.M. / P.M.

to answer in a civil action brought by the Plaintiff(s) __JEANETTE FLEWELLING__ for breach of benefits contract, violation of T.C.A. 56-7-105, punitive damages, Plus Court Costs, Attorney Fees and PPS fees.

| Atty. For Plft. J.D. BARTON | | |
|---|---|---|
| Issued this ____ day of ____ 20__ | Address | 6565 Hwy 51 N, Millington, TN |
| | Phone | (901) 872-4599 |
| EDWARD L. STANFORD, JR., Clerk Pro Tempore of General Sessions Court | Code No. | B03891 |
| | B.P.R. No. | 13494 |
| By_____ Deputy Clerk | | |

## JUDGMENT

_____ Judgment for _____

_____ and Cost of suit and litigation taxes, for which Execution may issue.

This ____ day ____ 20__

_____ Judge of Division _____

## SERVICE

Came to hand same day issued and executed as commanded on _____

Came to hand same day issued and executed as commanded on _____

This ____ day of ____ 20__      This ____ day of ____ 20__
Sheriff/Process Server            Sheriff/Process Server

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****
****AND NOTICE TO DEFENDANT(S)****

| | |
|---|---|
| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
| _____ | _____ |
| _____ | _____ |
| This _____ day of _____ 20 ___ | This _____ day of _____ 20 ___ |
| **Sheriff/Process Server** | **Sheriff/Process Server** |

## NOTICE

### TO THE DEFENDANT (S):

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court.
The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires:_____